RECEIVED
IN MONROE, LA.
SEP 2 8 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LITTLE BELL, L.L.C., ET AL. | CIVIL ACTION NO. 09-0712 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CENTERPOINT ENERGY, INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 62] having been considered, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 43] filed by Defendants-in-Counterclaim and Defendants-in-Intervention is DENIED.

MONROE, LOUISIANA, this the 27 day of September, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE